UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CLARA MARIE DAVIS,

        Plaintiff,

        v.                Case No. 24-CV-01524

FOCUS PROPERTY MANAGEMENT, et al.

        Defendants.

---

## ORDER OF DISMISSAL

---

The present matter was initially filed on November 11, 2024. On December 12, 2025, Judge William C. Griesbach entered his Screening Order (ECF. No. 4), concluding Plaintiff had failed to adequately allege jurisdiction. Judge Griesbach dismissed the Complaint without prejudice and directed Plaintiff to file an amended complaint by January 8, 2025. The Court warned Davis that if he did not file an amended complaint by the deadline, the Court would dismiss this action based on his failure to state a claim in his original complaint. The deadline has passed, and Davis has not filed an amended complaint or informed the Court of any reason preventing him from doing so.

This Court has the "inherent power to control its own docket." *Webber v. Eye Corp.*, 721 F.2d 1067, 1068 (7th Cir. 1983). Included within that inherent power is the ability to dismiss an action *sua sponte* for sufficient cause. *Id.*

Plaintiff is well past the deadline to file an amended complaint. The Court has not received any excuse or communication from Plaintiff. This action is, therefore, dismissed in accordance with the previous ordered rendered by Judge Griesbach.

**IT IS THEREFORE ORDERED** that, for the reasons explained in the screening order (ECF. No. 4), this action is **DISMISSED**. The Clerk of Court is directed to enter judgment accordingly.

    Dated at Green Bay, Wisconsin this 5th day of February, 2025.

                            */s/ Byron B. Conway*
                            Byron B. Conway
                            United States District Judge